UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGIONS BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00783 |
| BRENTON J. GOERS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Plaintiff Regions Bank's ("Regions") Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 6) against Defendant Brenton J. Goers. Counsel for Regions has certified that notice of Regions' Motion has been provided to Goers through his personal email address. (Doc. No. 6 at 4). Based upon the Verified Complaint (Doc. No. 1), the Affidavit of Adam L. Ezell (Doc. No. 6-1), and Region's Memorandum of Law (Doc. No. 6-3), the Court concludes that:

1. Regions' rights to its confidential customer and trade secret information are being and will continue to be violated by Goers unless he is temporarily restrained from further solicitation of Regions' customers and use or possession of Regions' confidential customer and trade secret information;

2. Regions is likely to succeed on the merits of its claims and will suffer irreparable injury and loss if Goers is permitted to continue soliciting Regions' customers and converting Regions' confidential customer and trade secret information for his own benefit;

3. Regions has no adequate remedy at law; and

4. The balance of the equities favors granting Regions' Motion.

Accordingly, the Court hereby **TEMPORARILY RESTRAINS** Goers from engaging in the following conduct:

  A. Directly or indirectly, and whether alone or in concert with others, including any officer, agent, employee and/or representative of Goer's new employer, EPM Financial, soliciting, inducing, urging, or encouraging any Regions customer whose name and/or information became known to Goers during his employment with Regions (excluding Goers' immediate family and relatives) to terminate, cancel, reduce, or limit in any way his or her business relationship with Regions;

  B. Directly or indirectly, and whether alone or in concert with others, including any officer agent, employee and/or representative of EPM Financial, using Regions' confidential customer or trade secret information for his own benefit or the benefit of any third party; and

  C. Directly or indirectly, and whether alone or in concert with others, including any officer agent, employee and/or representative of EPM Financial, disclosing or providing any Regions' confidential customer or trade secret information to any person.

The Count may issue a temporary restraining order only if the movant gives security in an amount that the Court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained. Fed. R. Civ. P. 65(c). Accordingly, Regions Bank shall provide $5,000 in security.

A hearing is set for **August 10, 2023**, at 3:00 p.m. on Regions' motion for a preliminary injunction.

This Order shall become effective upon its service to the Defendant.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE