**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE**

| | | |
|---|---|---|
| REGIONS BANK, | : | |
| | : | |
| Plaintiff | : | CASE NO: 23-cv-00783-WDC-BDH |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| BRENTON J. GOERS, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE OF TEMPORARY RESTRAINING ORDER**

I, the undersigned, hereby certify that on the evening of the 1st day of August 2023, a copy of the Order [Doc. 7], entered August 1, 2023, was served upon Defendant, Brenton J. Goers, via electronic mail, with a hard copy to be served via personal service with the Summons and Verified Complaint by private process, as follows:

Brenton J. Goers
1312 Heather Place
Murfreesboro, TN 37128
Email: bjgoers@gmail.com

Dated this 1st day of August, 2023.

Respectfully submitted,

By:  ___/s/ James R. McKoon___
**JAMES R. MCKOON, BPR #009554**
**MCKOON, WILLIAMS, ATCHLEY &**
**STULCE, PLLC**
633 Chestnut Street, Suite 1500
Chattanooga, TN 37450
Phone: 423.756.6400/ fax: 423.756.8600
E-Mail: JMcKoon@mwalawfirm.com

*Attorneys for Regions Bank*

Of Counsel:
Michael J. Fortunato, Esquire (*pro hac vice admission request forthcoming*)
Nora L. Olsewski, Esquire
RUBIN, FORTUNATO & HARBISON, P.C.
1200 Liberty Ridge Drive, Suite 220
Wayne, PA 19087
(610) 408-2005/2052 (Telephone)
(610) 854-4305/4304 (Facsimile)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this the 1st day of August 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as set forth in the electronic filing receipt. All other parties will be served by email, hand delivery or U.S. Mail as set forth below. Parties may access this filing through the Court's electronic filing system.

Brenton J. Goers
1312 Heather Place
Murfreesboro, TN 37128
Email: bjgoers@gmail.com

BY: _/s/ James R. McKoon_
McKoon, Williams, Atchley & Stulce, PLLC

2